Case 3:14-cr-00439-MAJ   Document 777   Filed 02/06/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>Jose Angel Burgos-Rodriguez<br>aka "Che", "Dragoncito"<br>Date of Original Judgment: 10/13/2015<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No: 3:14-cr-00439-3 (MAJ)<br>) USM No: 44526-069<br>)<br>) Rachel Brill, Federal Public Defender (D.P.R.)<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   10/13/2015   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/06/2024

S/ Maria Antongiorgi-Jordan
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Maria Antongiorgi-Jordan, U.S. District Judge
*Printed name and title*